# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-5393

**Case Name** Boyer, et al. v. City of Santa Barbara

**Hearing Location** (*city*) Pasadena

**Your Name** George M. Wallace

List the sitting dates for the two sitting months you were asked to review:

May 12 - 16
May 19-23
June 2-6
June 9-13

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ George M. Wallace    **Date** January 27, 2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*